NEAL S. SALISIAN, SBN 240277
neal.salisian@salisianlee.com
GLENN R. COFFMAN, SBN 305669
glenn.coffman@salisianlee.com
JARED T. DENSEN, SBN 325164
jared.densen@salisianlee.com
**SALISIAN | LEE LLP**
550 South Hope Street, Suite 750
Los Angeles, California 90071-2924
Telephone:  (213) 622-9100
Facsimile:   (800) 622-9145

MARISA D. POULOS (SBN 197904)
marisa.poulos@balboacapital.com
**BALBOA CAPITAL CORPORATION**
575 Anton Boulevard, 12th Floor
Costa Mesa, California 92626
Tel: (949) 399-6303

Attorneys for Plaintiff
AMERIS BANK d/b/a BALBOA CAPITAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. FREEMAN, M.D., P.A., a Florida profit corporation; MICHAEL J. FREEMAN, an individual,<br><br>Defendants. | Case No. 8:23-cv-02435-DOC-ADS<br><br>[Assigned to the Hon. David O. Carter]<br><br>**NOTICE OF SETTLEMENT; [PROPOSED] ORDER**<br><br>Complaint Filed:   December 21, 2023 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff Ameris Bank d/b/a Balboa Capital Corporation ("Balboa"); defendant, cross-defendant, and counter-claimant Michael J. Freeman, M.D., P.A., a Florida profit corporation ("MJF"); defendant, cross-claimant, third-party plaintiff, and counter-defendant Michael J. Freeman, an individual ("Freeman"); third-party defendant Scott Schlauder, an individual ("Schlauder"); and third-party defendant and counter-claimant Kenneth A. Wallace, an individual ("Wallace") (collectively, the "Parties"); by and through their respective counsel, hereby submit the instant Notice of Settlement, pursuant to the terms below:

1. Balboa and MJF have settled their claims asserted by Balboa against MJF in the Complaint (Dkt. 1), pursuant to a written settlement agreement (the "Settlement Agreement"). In connection with that Settlement Agreement, Balboa agrees to dismiss Freeman without prejudice.

2. In addition, defendant, cross-claimant, third-party plaintiff, and counter-defendant Freeman, and third party defendant Scott Schlauder and third-party defendant and counter-claimant Kenneth Wallace agree to dismiss their cross-claims against each other in order to litigate the same issues in the jurisdiction of Florida.

//
//
//
//
//
//
//
//
//

3. This Court shall retain jurisdiction over the instant action for six (6) months from the date of this Notice of Settlement for purposes of enforcing the terms of the Settlement Agreement and/or re-opening this action.

IT IS SO STIPULATED.

DATED: April 29, 2024        SALISIAN | LEE LLP

By: _____
    Jared T. Densen
    Neal S. Salisian
    Glenn R. Coffman

Attorneys for Plaintiff
AMERIS BANK d/b/a BALBOA CAPITAL CORPORATION

DATED: April 29, 2024        THE SMALL BUSINESS LAW FIRM, P.C.

By: /s/ Maria Saling
    Maria E. Saling
    Scott E. Williams

Attorneys for
MICHAEL J. FREEMAN, M.D., P.A.,
KENNETH A. WALLACE, and
SCOTT SCHLAUDER

DATED: April 29, 2024        LAW OFFICE OF SEAN BREW

By: /s/ Sean Brew
    Sean Brew

Attorneys for
MICHAEL J. FREEMAN

# [PROPOSED] ORDER

The Court, having considered the Notice of Settlement of Plaintiff Ameris Bank d/b/a Balboa Capital Corporation ("Balboa"); defendant, cross-defendant, and counter-claimant Michael J. Freeman, M.D., P.A., a Florida profit corporation ("MJF"); defendant, cross-claimant, third-party plaintiff, and counter-defendant Michael J. Freeman, an individual ("Freeman"); third-party defendant Scott Schlauder, an individual ("Schlauder"); and third-party defendant and counter-claimant Kenneth A. Wallace, an individual ("Wallace") (collectively, the "Parties"); hereby retains jurisdiction over the instant action for six (6) months from the date of this Notice of Settlement for purposes of enforcing the terms of the Settlement Agreement and/or re-opening this action.

**IT IS SO ORDERED.**

Dated: _____, 2023          By: _____
                                              Hon. David O. Carter
                                              United States District Court Judge